Roxanne M. Wilson, Esq. (SBN 94627)
Janet H. Kwuon (SBN 143807)
Eric J. Buhr (SBN 217568)
Natasha Sung (SBN 228633)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080
Email:  rwilson@reedsmith.com
            jkwuon@reedsmith.com
            ebuhr@reedsmith.com
            nsung@reedsmith.com

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.J.Z., by and through his Guardian ad Litem Cora Salcido, A.F.Z., by and through her Guardian ad Litem Cora Salcido,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, and DOES 1-15, inclusive,<br><br>Defendants. | Case No. CV 07 - 5149 SVW (PJWx)<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER OF CONFIDENTIALITY**<br><br>Complaint Filed:   June 15, 2007<br>Trial Date:             October 27, 2009<br>Discovery Cut-Off:   TBD<br><br>The Honorable Stephen V. Wilson |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

– 1 –

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of the Parties, and good cause appearing, the Parties' Stipulated Protective Order Of Confidentiality, attached hereto as Exhibit A, shall govern the production or disclosure of confidential, proprietary, or private information in this action.

DATED: June 10, 2009          /s/Jennifer T. Lum for Patrick J. Walsh
                              Magistrate Judge Patrick J. Walsh